# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

AMANDA BEYER,

          Plaintiff,

  v.                                     Case No. 21-CV-514

MICHELS CORPORATION,

          Defendant.

## ORDER

Yingtao Ho, of The Previant Law Firm, S.C, filed this action on behalf of Amanda Beyer. In this district, pursuant to a standing order of the Chief Judge, all litigants must promptly complete and return a Consent to Proceed Before a Magistrate Judge form. Because Ho's "regular secretary was out of the office," he instructed his firm's office manager to complete and file the form to indicate Beyer's refusal to have a magistrate judge preside in this action. (ECF No. 11 at 1.)

The firm's office manager was apparently unfamiliar with the procedure for completing and filing the form. She initially failed to include the name of the assigned magistrate judge. More materially to the present motion, she indicated that Beyer

consented to proceed before a magistrate judge. (ECF No. 3.) The form was filed under Ho's signature.

The Clerk's Office electronically notified counsel the following day of the failure to include the name of the assigned magistrate judge on the form. Ho, presumably again by his office manager, refiled the form. The form now included the name of the assigned magistrate judge but again indicated Beyer's consent to proceed before that magistrate judge. (ECF No. 4.)

Ho asserts that he did not recognize the error until Chief Judge Pepper reassigned the case to this court upon the defendant likewise consenting to proceed before a magistrate judge. Ho has filed a motion to have this matter reassigned back to Chief Judge Pepper. (ECF No. 11.)

The plaintiff has a right to have this matter heard before an Article III judge unless she knowingly and voluntarily gives up that right. *See Wellness Int'l Network, Ltd. v. Sharif*, 575 U.S. 665, 135 S. Ct. 1932, 1948 (2015) (discussing consent under 28 U.S.C. § 157). Because her consent appears to have been the product of her attorney's inattention and negligence, the court cannot say that it was knowing and voluntary.

**IT IS THEREFORE ORDERED** that the plaintiff's "Motion to Reassign Case to a District Judge" (ECF No. 11) is **granted**.

Dated at Milwaukee, Wisconsin this 3rd day of June, 2021.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge